# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. 1:21-MJ-00348 |
| § | |
| SHAWN BRADLEY WITZEMANN § | |

## APPEARANCE OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant's Counsel and files this appearance as counsel on behalf of Defendant. This counsel is admitted to the U.S. District Court for the District of Columbia and is a member in good standing of the State Bar of Texas.

WHEREFORE, premises considered, Defense Counsel very respectfully requests that This Honorable Court accept this Appearance As Counsel.

Very respectfully,

*/S/ Guy L. Womack*

Guy L. Womack
Counsel for Defendant
Texas Bar No. 00788928
609 Heights Blvd.
Houston, Texas   77007
Tel:  (713) 224-8815
Fax:  (713) 224-8812
Guy.Womack@USA.net

CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing was served upon the Government Counsel by via email on this 14th day of April, 2021.

                                          */S/ Guy L. Womack*
                                          Guy L. Womack