UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-348 |
| | : | |
| SHAWN BRADLEY WITZEMANN, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1752(a)(1) |
| Defendant. | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in |
| | : | a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

## INFORMATION

The Acting United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **SHAWN BRADLEY WITZEMANN**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT TWO

On or about January 6, 2021, within the District of Columbia, **SHAWN BRADLEY WITZEMANN**, did knowingly, and with intent to impede and disrupt the orderly conduct of

2

Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President- elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **SHAWN BRADLEY WITZEMANN**, willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

3

**COUNT FOUR**

On or about January 6, 2021, within the District of Columbia, **SHAWN BRADLEY WITZEMANN**, willfully and knowingly paraded, demonstrated, and picketed in any United States CapitolBuilding.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40,United States Code, Section 5104(e)(2)(G))

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793


By: */s/ Christopher D. Amore*
        CHRISTOPHER D. AMORE
        N.Y. Bar No. 5032883
        Assistant United States Attorney
        District of Columbia
        Capitol Riot Detailee
        555 4th Street, NW
        Washington, D.C. 20530
        Tel. No. (973) 645-2757
        Email: christopher.amore@usdoj.gov