UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 21-cr-314 (TFH) |
| | : |
| SHAWN BRADLEY WITZEMANN, | : |
| Defendant. | : |

## MOTION TO CONTINUE TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia (Assistant U.S. Attorney Christopher Amore, appearing), hereby submits the following motion to continue the Bench Trial currently scheduled for July 19, 2022, until a date to be determined by the Court during the week of July 25-29, 2022. In support of the Motion, the United States represents:

1. The defendant is charged in a four-count Information with the following offenses: (1) Entering and Remaining in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(1); (2) Disorderly and Disruptive Conduct in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(2); (3) Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D); and (4) Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

2. During a status conference with the Court on April 13, 2022, the Court, with input and consent from the parties, scheduled this matter for trial on July 19, 2022.

3. Notwithstanding, the undersigned counsel for the United States respectfully requests a new trial date due to a conflict with a scheduled work-related in-person training event from July 18-20, 2022.

4.  The undersigned counsel for the United States has conferred with defense counsel, and the defendant consents to this request. The parties are available to conduct this trial during the week of July 25-29, 2022.

5.  The defendant is not in custody.

>Respectfully submitted,
>
>MATTHEW M. GRAVES
>United States Attorney
>
>*s/ Christopher D. Amore*
>Christopher D. Amore
>Assistant United States Attorney
>Capitol Riot Detailee
>NY Bar No. 5032883
>970 Broad Street, Suite 700
>Newark, New Jersey 07102
>Christopher.Amore@usdoj.gov