UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-314 (TFH) |
| v. : | |
| : | |
| SHAWN BRADLEY WITZEMANN, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Upon consideration of the Government's Motion to Continue the Trial scheduled for July 19, 2022, it is this ___ day of April, 2022 hereby

**ORDERED**, that the Motion to Continue the Trial is **GRANTED** and the Trial will be continued until July ____, 2022 at _____; and it is

SO ORDERED

_____   _____
DATE                              **HONORABLE THOMAS F. HOGAN**
                                  **UNITED STATES DISTRICT JUDGE**

2