UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**SHAWN BRADLEY WITZEMANN,**

                  **Defendant.**

Criminal Action No.  21-00314 (TFH)

## PRE-TRIAL ORDER

In order to administer the trial of this case in a manner that is fair and just to the parties and is consistent with the goal of completing the trial in the most efficient manner, it is hereby

ORDERED that counsel shall comply with each of the following procedures and requirements:

1.    BENCH TRIAL.  The bench trial will begin on **July 27, 2022 at 9:30 a.m.** in Courtroom 26A.

2.    PRE-TRIAL CONFERENCE.  The pre-trial conference will be held on **July 26, 2022 at 10:00 AM** in Courtroom 26A.  The Court will rule on any objections to proposed exhibits, to the extent possible, at the pre-trial conference, hearing argument as necessary.

3.    PRE-TRIAL MOTIONS.  The parties shall file any pre-trial motions, including motions to suppress and motions *in limine*, on or before **May 20, 2022**; oppositions shall be filed by **June 3, 2022**; and replies shall be filed by **June 10, 2022**.

4.    PRE-TRIAL MOTIONS HEARING.  A pre-trial motions hearing will be held via ZOOM on **June 17, 2022 at 11:00 am.**

5. **JOINT PRE-TRIAL STATEMENT.** The parties shall file a Joint Pre-Trial Statement by **July 19, 2022** that contains the following:

   a. <u>a list of expert witnesses</u>, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

   b. <u>a list of any prior convictions</u> that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

   c. <u>a list of exhibits</u> that each party intends to offer during trial, with a brief description of each exhibit, followed by specific objections (if any) to the admissibility of any exhibits;
      i. All exhibits are to be marked in advance of trial and listed on the exhibit form furnished by Courtroom Deputy Clerk Andriea Hill. The written list of exhibits must contain a brief description of each exhibit.
      ii. At the commencement of trial, counsel shall furnish the Court with two sets of binders containing their exhibit lists and copies of their pre-marked exhibits; and

   d. <u>any stipulations</u> executed or anticipated to be executed.

6. **TRIAL BRIEFS**. The parties shall file trial briefs on or before **July 19, 2022.**

**SO ORDERED.**

May 5, 2022

_____
Thomas F. Hogan
United States District Judge

2