# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-314 |
| | : | |
| **SHAWN WITZEMANN,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia and Trial Attorney Rebecca Magnone, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ *Rebecca Magnone*
Rebecca Magnone
MA Bar no. 672299
Trial Attorney
Department of Justice
National Security Division
Counterterrorism Section
Office: (202) 353-9472
Cell: (202) 598-6676
rebecca.magnone@usdoj.gov

## CERTIFICATE OF SERVICE

On this 13th day of May 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Rebecca Magnone*
Rebecca Magnone
MA Bar no. 672299
Trial Attorney
Department of Justice
National Security Division
Counterterrorism Section
Office: (202) 353-9472
Cell: (202) 598-6676
rebecca.magnone@usdoj.gov