UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   CRIMINAL NO. 1:21-CR-00314 |
| | § |
| SHAWN BRADLEY WITZEMANN | § |

**MEMO REGARDING DEFENDANT'S REQUEST FOR REARRAIGNMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant, through Counsel, and notifies This Honorable Court of his intent to withdraw his earlier intent to proceed to a trial and, instead, to change his plea as to Count 4 of the Superseding Information to guilty.

Defendant intends to proceed to rearraignment in accordance with the Plea Agreement and Statement of Offense he signed on March 5, 2022.

Defense Counsel has discussed this notice with the Assistant U.S. Attorneys assigned to this case and has served a copy of this notice via email on this 22nd day of June, 2022.

*/S/ Guy L. Womack*

Guy L. Womack
Attorney for Defendant
Texas Bar No. 00788928
609 Heights Blvd.
Houston, Texas 77007
Tel:   (713) 224-8815
Fax:   (713) 224-8812
Guy.Womack@USA.net