# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 1:21-CR-00314 |
| § | |
| SHAWN BRADLEY WITZEMANN § | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUANCE

TO THE HONORABLE SENIOR UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant, through Counsel and requests a continuance of the sentencing in this case.

Currently, sentencing is set for November 4, 2022 at 10:00AM.

However, Defense Counsel is still collecting information relevant and necessary to his sentencing.

Therefore, we respectfully request that the sentencing be continued to on or after December 16, 2022.

This request is in the interest of justice and not merely for purposes of delay.

Defense Counsel has discussed this motion with Assistant U.S. Attorney Christopher Amore, who is unopposed to our request.

WHEREFORE, premises considered, the Defendant very respectfully requests that This Honorable Court grant this unopposed motion for continuance and reset the sentencing to on or after December 16, 2022.

Very respectfully,

/S/ Guy L. Womack

Guy L. Womack
Counsel for Defendant
Texas Bar No. 00788928
Federal ID: 19897
609 Heights Blvd.
Houston, Texas   77007
Tel:  (713) 224-8815
Fax:  (713) 224-8812
Guy.Womack@USA.net

CERTIFICATE OF SERVICE

A copy of the foregoing was delivered via email to Government Counsel on this 3rd day of November, 2022.

/S/ Guy L. Womack
Guy L. Womack