UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 1:21-CR-00314 |
| | § |
| SHAWN BRADLEY WITZEMANN | § |

**ORDER**

THIS COURT, having considered Defendant's Unopposed Motion for Continuance and applicable case law, finds and it is ordered that Defendant's motion is hereby **GRANTED DENIED**.

IT IS SO ORDERED this ____ day of _____, 2022.

_____
THOMAS F. HOGAN
SENIOR UNITED STATES DISTRICT JUDGE