## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:21-CR-00314 |
| | § | |
| SHAWN BRADLEY WITZEMANN | § | |

### NOTICE OF FILING LETTERS IN SUPPORT FOR SENTENCING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant, through Counsel and files the attached letters for consideration during sentencing.

Very respectfully,

/S/ *Guy L. Womack*

Guy L. Womack
Counsel for Defendant
Texas Bar No. 00788928
609 Heights Blvd.
Houston, Texas   77007
Tel:  (713) 224-8815
Fax:  (713) 224-8812
Guy.Womack@USA.net

### CERTIFICATE OF SERVICE

A copy of this notice with attached letters was delivered via email, to the Government Counsel on this 3rd day of November, 2022.

/S/ *Guy L. Womack*
Guy L. Womack