AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 1:21-cr-00314-TFH-1 |
| SHAWN BRADLEY WITZEMANN | ) |  |  |
| *Defendant* | ) |  |  |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT SHAWN BRADLEY WITZEMANN                                          .

Date:   12/15/2022

/s/ John M. Pierce
*Attorney's signature*

John M. Pierce
*Printed name and bar number*

John Pierce Law
21550 Oxnard Street
3rd Floor, PMB#172
Woodland Hills, CA 91367
*Address*

jpierce@johnpiercelaw.com
*E-mail address*

(213) 279-7648
*Telephone number*

*FAX number*