UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.  : | Case 1:21-cr-00314-TFH-1 |
| : | |
| SHAWN BRADLEY WITZEMANN  : | |
| : | |
| Defendant.  : | |

# DEFENDANT SHAWN BRADLEY WITZEMANN's
# MOTION TO CONTINUE SENTENCING DUE TO CHANGE OF COUNSEL

Plaintiff Shawn Bradley Witzemann by undersigned counsel, hereby moves to continue the sentencing scheduled in this matter at least 30 days so Defendant's new counsel can become familiar with the case.

Defendant Witzemann has recently retained the John Pierce Law firm to represent him at the sentencing. Mr. Pierce and his associates need time to read the documents in the case and research the law and the issues.

Dated:  December 16, 2022               RESPECTFULLY SUBMITTED,

/s/ John M. Pierce
John M. Pierce
Bar ID: CA00096
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
jpierce@johnpiercelaw.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I, John M. Pierce, hereby certify that on this day, December 16, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ John M. Pierce*
*John M. Pierce*