EXHIBIT G:

**AFFIDAVIT**

**STATE OF MISSOURI**
**COUNTY OF HOWELL**

The undersigned, Shawn Bradley Witzemann, being duly sworn, hereby deposed and says:

1: I am over the age of 18 and am a resident of the State of Missouri. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2: I suffer no legal disabilities and have personal knowledge of the facts set forth below.

On April 10, 2021, I entered into an agreement with Guy Womack and Associates, PC to represent me in the matter of United States v. WITZEMANN (1:21-cr-00314). Over the course of the next 19 months, Mr. Womack exhibited a pattern of ineffective counsel to include misstatement of facts and wholesale cut and pasting from his other client's documents.

More significantly, as demonstrated by an inadvertent forward of a 17 December 2021 text to the Assistant United States Attorney Christopher Amore, Mr. Womack appears to collude with the Department of Justice to get me to settle for a plea agreement. A Freedom of Information Act was submitted to the Department of Justice on 8 December 2022 to obtain all communications between Mr. Womack, and Womack and Associates, PC with the Department of Justice, specifically, Christopher Amore, and USANJ., Rebecca Magnone, NSD. Attorney Guy Womack exercised undue influence to plead guilty and corroborated with the Department of Justice through Assistant United States Attorney Christopher Amore to persuade me to sign a plea agreement and associated statement of facts.

I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this _13_ day of _December_ , 20

Signed: _____

Shawn Bradley Witzemann

## NOTARY ACKNOWLEDGMENT

STATE OF MISSOURI, COUNTY OF HOWELL, ss:

REBECCA A. MOORE
Notary Public – Notary Seal
STATE OF MISSOURI
Howell County
My Commission Expires Dec. 30, 2023
Commission #10986966

_____
Notary Public

_____
Title (and Rank)

My commission expires _Dec 30, 2023_

**Email from Mr. Guy Womack to United States Attorney Christopher Amore**
**DATE: 17 DEC 2021**
**TIME 9:55 AM**



This shows Mr. Shawn Witzemann's attorney, Mr. Guy Womack, asking the Department of Justice to **talk with his client** to **convince him** to **accept a plea deal.**

- This is not representative of an adversarial relationship between a defense attorney and the prosecution.

- Mr. Witzemann effectively did not have legal representation. Mr. Womack unbeknownst to Mr. Witzemann was actively working against him.

- It is the Prosecutions job to obtain plea deals, not the defense attorney's job to get a plea deal.

- At a minimum, this shows Mr. Womack, Defense Attorney trying to work with the US government behind his client's (Mr. Witzemann) back in order for him to accept a plea deal.

- The ultimate plea deal was not in Mr. Womack's client's (Mr. Witzemann) best interests.